TIMOTHY P. JOHNSON (BAR NO. 66333)
LAW OFFICES OF TIMOTHY P. JOHNSON
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@johnson-chambers.com

Attorneys for Defendants CACH, LLC
and Neuheisel Law Firm, P.C.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN S. WESTON<br><br>PLAINTIFF,<br><br>vs.<br><br>NEUHEISEL LAW FIRM, P.C.<br>AND CACH, LLC<br><br>DEFENDANTS. | Case No. 12CV2756 AJB WMC<br><br>**ANSWER OF DEFENDANTS<br>TO COMPLAINT** |

Defendants CACH, LLC and Neuheisel Law Firm, P.C. ("Defendants") for themselves and for no other defendants, answer as follows:

**INTRODUCTION**

1. Answering paragraph 1 of the Complaint, Defendants state that Paragraph 1 appears to be merely descriptive of Plaintiff's claim and Plaintiff's

interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of these Defendants, they deny the allegations contained therein.

2. Answering paragraph 2 of the Complaint, Defendants state that Paragraph 2 appears to be merely descriptive of Plaintiff's claim and Plaintiff's interpretation of the law; however, to the extent that it can be construed to assert liability or wrongdoing on the part of these Defendants, they deny the allegations contained therein.

3. Answering paragraph 3 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

4. Answering paragraph 4 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

5. Answering paragraph 5 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

6. Answering paragraph 6 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

7. Answering paragraph 7 of the Complaint, Defendants deny each and every allegation therein.

## JURISDICTION AND VENUE

8. Answering paragraph 8 of the Complaint, Defendant CACH, LLC denies that it does business in the State of California and asserts that its business transactions in California are transactions that either: (1) involve interstate commerce; or (2) involve pursuit or defense of litigation. Defendant Neuheisel Law Firm, P.C. does not dispute the jurisdiction of this Court in this matter.

9. Answering paragraph 9 of the Complaint, Defendants deny each and every allegation therein.

10. Answering paragraph 10 of the Complaint, Defendant CACH, LLC denies that it does business in the State of California and asserts that its business transactions in California are transactions that either: (1) involve interstate commerce; or (2) involve pursuit or defense of litigation. Defendant Neuheisel Law Firm, P.C. admits the allegations contained therein as to it.

11. Answering paragraph 11 of the Complaint, Defendant CACH, LLC denies that it does business in the State of California and asserts that its business transactions in California are transactions that either: (1) involve interstate commerce; or (2) involve pursuit or defense of litigation. Defendant Neuheisel Law Firm, P.C. admits the allegations contained therein as to it.

12. Answering paragraph 12 of the Complaint, Defendant CACH, LLC denies that it does business in the State of California and asserts that its business transactions in California are transactions that either: (1) involve interstate commerce; or (2) involve pursuit or defense of litigation. Defendant Neuheisel Law Firm, P.C. admits the allegations contained therein as to it.

## PARTIES

13. Answering paragraph 13 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

14. Answering paragraph 14 of the Complaint, Defendant CACH, LLC is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein. Defendant Neuheisel Law Firm, P.C. admits the allegations contained therein as to it.

15. Answering paragraph 15 of the Complaint, Defendant CACH, LLC denies the allegations contained therein. Defendant Neuheisel Law Firm, P.C. is

without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

16. Answering paragraph 16 of the Complaint, Defendants admit that Plaintiff is obligated to pay the debt that is the subject of this Complaint but are without knowledge or information to form a belief as to the truth of the remaining allegations contained therein, and on that basis deny each and every remaining allegation therein.

17. Answering paragraph 17 of the Complaint, Defendant CACH, LLC denies the allegations contained therein as to it. Defendant Neuheisel Law Firm, P.C. admits the allegations contained therein as to it.

## FACTUAL ALLEGATIONS

18. Answering paragraph 18 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

19. Answering paragraph 19 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

20. Answering paragraph 20 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis deny each and every allegation therein.

21. Answering paragraph 21 of the Complaint, Defendant CACH, LLC denies the allegations contained therein. Defendant Neuheisel Law Firm, P.C. is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

22. Answering paragraph 22 of the Complaint, Defendants deny the allegations contained therein.

23. Answering paragraph 23 of the Complaint, Defendants are without knowledge or information to form a belief as to the truth of the allegations contained

therein, and on that basis denies each and every allegation therein.

24. Answering paragraph 24 of the Complaint, Defendant Neuheisel Law Firm, P.C. admits that it received a letter dated January 26, 2012 from counsel for Plaintiff. Defendant CACH, LLC is without knowledge or information to form a belief as to the truth of the allegations contained therein, and on that basis denies each and every allegation therein.

25. Answering paragraph 25 of the Complaint, Defendants deny the allegations contained therein.

26. Answering paragraph 26 of the Complaint, Defendants deny the allegations contained therein.

27. Answering paragraph 27 of the Complaint, Defendants deny the allegations contained therein.

28. Answering paragraph 28 of the Complaint, Defendants deny the allegations contained therein.

29. Answering paragraph 29 of the Complaint, Defendants deny the allegations contained therein.

## CAUSES OF ACTION

## COUNT I

## FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)

## 15 U.S.C. § § 1692 et seq.

30. Answering paragraph 30 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

31. Answering paragraph 31 of the Complaint, Defendants deny the allegations contained therein.

32. Answering paragraph 32 of the Complaint, Defendants deny the allegations contained therein.

///

# COUNT II

# ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (ROSENTHAL ACT) CAL. CIV. CODE §§ 1788-1788.32

33. Answering paragraph 33 of the Complaint, Defendants repeat, re-allege, and incorporate by reference the denials and responses set forth above.

34. Answering paragraph 34 of the Complaint, Defendants deny the allegations contained therein.

35. Answering paragraph 35 of the Complaint, Defendants deny the allegations contained therein.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

The Complaint and each cause of action contained therein fails to state facts sufficient to constitute causes of action as to these Defendants.

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

On information and belief, the Complaint and each cause of action contained therein is barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

On information and belief, at all times material herein, Plaintiff failed and neglected to mitigate her damages, so as to reduce and/or diminish her claim.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

Defendants are informed and believe and on such basis allege that Plaintiff has committed laches and that each and every cause of action within the Complaint should fail because Plaintiff has inexcusably and unreasonably delayed the commencement of her action against Defendants and is estopped from asserting her

LAW OFFICES OF TIMOTHY P. JOHNSON

actions as a result thereof.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

On information and belief, Plaintiff's claims against Defendants are expressly barred as a result of Plaintiff's unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

### (Bona Fide Error)

Any violations of law, if any occurred, resulted from a bona fide error despite the maintenance of procedures reasonably adopted to avoid any such error.

## SEVENTH AFFIRMATIVE DEFENSE

### (*Rooker-Feldman* Doctrine)

Defendants state that all or part of Plaintiff's claim is barred by the *Rooker-Feldman* Doctrine, and that to the extent that doctrine applies the Court lacks subject matter jurisdiction.

## EIGHTH AFFIRMATIVE DEFENSE

### (Actions Were Privileged and Justified)

Plaintiff's claims are barred in all or in part because the alleged statements, conduct and assertions of Defendants were privileged and justified by statute and by common law.

## NINTH AFFIRMATIVE DEFENSE

### (Offset)

Defendants are entitled to an offset against Plaintiff's claims in a sum to be proven at trial.

///

///

WHEREFORE, Defendants pray for judgment as follows:

1. Plaintiff take nothing by reason of the complaint;
2. Defendants be dismissed with prejudice;
3. For costs of suit incurred herein;
4. For reasonable attorney's fees incurred herein; and
5. For such other relief as the Court deems just and proper.

Dated: March 22, 2013

**LAW OFFICES OF TIMOTHY P. JOHNSON**

By: /s/ Timothy Johnson
TIMOTHY P. JOHNSON
Attorneys for Defendants CACH, LLC
and Neuheisel Law Firm, P.C.

*Weston v. Neuheisel et al.*
**USDC, Case No. 12 CV 2756 AJB WMC**

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, CA 92705.

On March 22, 2013, I served a true copy of **ANSWER TO COMPLAINT** on all interested parties in this action by:

[ ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[ ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[X]   By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Joshua B. Swigart, Esq
HYDE & SWIGART
411 Camino Del Rio South, Ste 301
San Diego, CA 92108

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on March 22, 2013, at Santa Ana, California.

/s/Timothy Johnson
TIMOTHY P. JOHNSON

-9-
ANSWER TO COMPLAINT                                              12CV2756 AJB WMC